IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHANNON LEWIS AVERY, SR., | ) | No. C 07-2613 RMW (PR) |
| | ) | |
| Plaintiff, | ) | ORDER OF TRANSFER |
| | ) | |
| vs. | ) | |
| | ) | |
| DIRECTOR OF CDCR, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | (Docket No. 2) |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint concerning the conditions of his confinement at Avenal State Prison, where he is currently incarcerated. The acts complained of occurred in Kings County, which lies within the venue of the Eastern District of California. Therefore, venue properly lies in the Eastern District. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a).

\\\

\\\

\\\

\\\

Order of Transfer
P:\pro-se\sj.rmw\cr.07\Avery613trans            1

1  In view of the transfer, the court will not rule upon plaintiff's pending motion to
2  proceed in forma pauperis (docket no. 2).  The clerk shall terminate all pending motions
3  and transfer the entire file to the Eastern District of California.
4  IT IS SO ORDERED.
5  DATED: 6/6/2007            /s/ Ronald M. Whyte
                               RONALD M. WHYTE
6                              United States District Judge

1 | This is to certify that on _____ 6/7/2007 _____, a copy of this ruling was mailed to the following:

3  Shannon Lewis Avery, Sr.
   V-79590/ 640-83 low
4  Avenal State Prison
   P.O. Box 9
5  Avenal, CA  93204

Order of Transfer
P:\pro-se\sj.rmw\cr.07\Avery613trans          3